James Willie COCHRAN, Petitioner–Appellee, Cross–Appellant,

v.

Tommy HERRING, Commissioner, Alabama Department of Corrections, Respondent–Appellant, Cross–Appellee.

No. 93–7028.

United States Court of Appeals, Eleventh Circuit.

July 26, 1995.

J. Clayton Crenshaw, Deputy Atty. Gen., Office of Atty. Gen., Capital Litigation Div., Montgomery, AL, for appellant.

Seamus C. Duffy, Drinker Biddle & Reath, Philadelphia, PA, Kenneth C. Frazier, Wayne, PA, for appellee.

ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, ANDERSON and COX, Circuit Judges.

PER CURIAM:

The panel opinion is reported at 43 F.3d 1404 (11th Cir.1995). The panel modifies its opinion by deleting the following citation from the end of the second full paragraph on page 1409:

*See also Watkins v. State,* 632 So.2d 555, 562–63 (Ala.Crim.App.1992) (noting that the Alabama Supreme Court has often remanded cases for a *Batson* hearing despite various procedural defaults), *cert. quashed,*

632 So.2d 566 (Ala.), *cert. denied,* —— U.S. ——, 114 S.Ct. 2153, 128 L.Ed.2d 880 (1994).

The petition for rehearing filed by appellant/cross-appellee, Tommy Herring, is otherwise DENIED.